**MING EN CHEN, Petitioner,**

v.

**Alberto GONZALES Respondent.**

**No. 05–5121–AG.**

United States Court of Appeals, Second Circuit.

April 12, 2006.

Michael Brown, New York, New York, for Petitioner.

James K. Vines, United States Attorney for the Middle District of Tennessee, Thomas M. Kent, Assistant United States Attorney, Nashville, Tennessee, for Respondent.

PRESENT: Hon. THOMAS J. MESKILL, Hon. GUIDO CALABRESI, and Hon. PETER W. HALL, Circuit Judges.

**SUMMARY ORDER**

UPON DUE CONSIDERATION of this petition for review of the Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, AND DECREED that the petition for review is DENIED.

This Court reviews the BIA's denial of a motion to reconsider for abuse of discretion. *See Jin Ming Liu v. Gonzales,* 439 F.3d 109, 111 (2d Cir.2006). An abuse of discretion may be found where the BIA's decision "provides no rational explanation, inexplicably departs from established policies, is devoid of any reasoning, or contains only summary or conclusory statements; that is to say, where the Board has acted in an arbitrary or capricious manner." *Sukhraj Kaur v. BIA,* 413 F.3d 232, 233–34 (2d Cir.2005) (per curiam) (quotation marks omitted); *Ke Zhen Zhao v. U.S. Dep't of Justice,* 265 F.3d 83, 93 (2d Cir. 2001) (internal citations omitted).

The regulations provide that a motion to reconsider must specify errors of fact or law in the BIA's decision and be supported with pertinent authority. *See* 8 C.F.R. § 1003.2(b); *Ke Zhen Zhao,* 265 F.3d at 90. A motion to reconsider "is a request that the Board reexamine its decision in light of additional legal arguments, a change of law, or perhaps an argument or aspect of the case which was overlooked." *In re Cerna,* 20 I. & N. Dec. 399, 403 n. 2, 1991 WL 353528 (BIA 1991) (internal quotation marks omitted). Here the BIA did not abuse its discretion where all of Chen's arguments simply restate exactly the same issues he raised on appeal before the BIA. Even the "new" arguments that Chen

claims were in his motion to reconsider were brought before the BIA on appeal. "The BIA does not abuse its discretion by denying a motion to reconsider where the motion repeats arguments that the BIA has previously rejected." *Jin Ming Liu,* 439 F.3d at 111 (citing *Strato v. Ashcroft,* 388 F.3d 651, 655 (8th Cir.2004)).

For the foregoing reasons, the petition for review is DENIED. Having completed our review, any stay of removal that the Court previously granted in this petition is VACATED, and any pending motion for a stay of removal in this petition is DENIED. Any pending request for oral arguments is DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2), Second Circuit Local Rule 34(d)(1).